**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus*                                         Case Number: 5:20–cr–01545

Saiful Islam

---

**Notice of Setting**

**A proceeding has been set in this case as to Saiful Islam as set forth below.**

**BEFORE:**
**Magistrate Judge Christopher dos Santos**

**LOCATION:**
Courtroom 3C
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 4/13/2026

**TIME:** 09:41 AM

**TYPE OF PROCEEDING:** Initial Appearance
Applicable defendant(s) required to be present at the hearing.

---

Date:    April 10, 2026                                    Nathan Ochsner, Clerk