United States District Court
Southern District of Texas
ENTERED
April 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | § | |
| *versus* | § | |
| SAIFUL ISLAM | § | Criminal Action No. 5:20−cr-1545 |
| a/k/a Saiful Feni | § | |
| a/k/a Sony | § | |
| a/k/a Sunni | § | |
| a/k/a Jahange | | |

## SCHEDULING ORDER

1. **ARRAIGNMENT:** Defendant filed a waiver of arraignment on September 24, 2024.

2. **PRETRIAL MOTIONS due by FRIDAY, MAY 8, 2026. Responses to motions are due no later than seven (7) days from the date of the motion's filing.**
All pretrial motions must be filed by no later than this date and must comport with the Local Rules for the Southern District of Texas and the presiding judge's procedures. Discovery motions shall include a certificate of conference that the desired information has been requested from the AUSA and the request has been denied. Motions lacking such certificate will be stricken.

3. **RE-ARRAIGNMENT AND FINAL PRETRIAL CONFERENCE: Tuesday, June 9, 2026 at 2:00 PM / Courtroom 2B before Magistrate Judge Diana Song Quiroga.**

4. The parties must engage in timely plea negotiations before the final pretrial conference, and **any plea agreements must be filed no later than the day prior to the conference**. The final pretrial conference date is not the date to secure a plea agreement and review it with the defendant-client. The parties must be ready to enter a plea of guilty or to proceed to trial on announcement.

5. **EXPERT WITNESSES DISCLOSURE DEADLINE AND TRIAL SCHEDULING:**
Following a trial announcement, the Court will issue a trial scheduling order or set a trial scheduling conference with the parties. The parties shall make expert witness disclosures pursuant to FRCrP Rule 16 by **no later than the deadlines set in the trial scheduling order, or no later than three (3) days prior to a trial scheduling conference**.

6. **JURY SELECTION AND TRIAL**
A jury selection and trial date will be set by the presiding trial judge.

**FAILURE TO APPEAR AS SCHEDULED MAY RESULT IN BOND FORFEITURE.**

DONE on April 28, 2026, at Laredo, Texas.

Diana Saldaña
United States District Judge